```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JVM HOLDINGS LLC,                                           :
                                                            :
                         Plaintiff,                         :
                                                            :              22-CV-6098 (VSB)
            v.                                              :
                                                            :                  **ORDER**
iAERO GROUP HOLDCO 3 LLC,                                   :
                                                            :
                         Defendant.                         :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On October 13, 2022, I ordered the parties to appear for a telephonic hearing on November 4, 2022 at 4:45 PM, using the dial-in 888-363-4749 and the access code 2682448, to discuss why an order should not be issued pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure in favor of Plaintiff directing that a default judgment be entered against Defendant. (Doc. 13.)  It is hereby

ORDERED that the hearing is now rescheduled for November 4, 2022 at 2:00 PM, rather than 4:45 PM.

IT IS FURTHER ORDERED that Plaintiff serve a copy of this Order on Defendant via the Chief Legal Officer of the iAERO Group to 5200 Northwest 36th Street, Miami, FL 33166, and iAERO Group Holdco 3, c/o Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801.

IT IS FURTHER ORDERED that Plaintiff file evidence of receipt of delivery to at least one of the above addresses in advance of the November 4, 2022 hearing.

SO ORDERED.

Dated: November 2, 2022
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge