UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                        :

JVM HOLDINGS LLC,                                 :

                                                                        :

                                    Plaintiff,    :

                                                                         :           22-CV-6098 (VSB)

      - against -                                :

                                                                         :               <u>ORDER</u>

iAERO GROUP HOLDCO 3 LLC,          :

                                                                         :

                                    Defendants.  :

                                                                         :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       This action having been commenced on July 18, 2022 by the filing of the Complaint and defendant iAERO GROUP HOLDCO 3 LLC, by Paul A. Hechenberger, its Senior Vice President, General Counsel, and Corporate Secretary, having duly executed a Waiver of Service which was filed on July 19, 2022, and the Defendant not having answered the Complaint and the time for answering the Complaint having expired, I held an Order to Show Cause hearing in this action.

       The Order to Show Cause hearing was held on November 4, 2022 at 2:00 p.m. Defendant failed to appear at that hearing. To date, no notice of appearance for Defendant has been filed. It being necessary for a corporate defendant to be represented by counsel, *see Grace v. Bank Leumi Trust Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006), and none having appeared on behalf of Defendant, proof of service upon Defendant having been duly filed (Docs. 13, 19), Defendant not having answered the Complaint, and the time for Defendant to answer or move with respect to the Complaint having expired, it is hereby:

       ORDERED that a default is entered against Defendant iAERO GROUP HOLDCO 3

LLC.

    IT IS FURTHER ORDERED that this action is referred to Magistrate Judge Robert W. Lehrburger for an inquest on damages.

    SO ORDERED.

Dated: November 4, 2022
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge