**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JVM HOLDINGS LLC,

                         Plaintiff,                        22 **CIVIL** 6098 (VSB)(RWL)

                -against-                       **JUDGMENT**

iAERO GROUP HOLDCO 3 LLC.

                       Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 6, 2023, the Court adopts the Report & Recommendation in its entirety. Judgment entered per the terms stated in the Report; accordingly, the case is closed.

**Dated:** New York, New York
          June 7, 2023

                                                          **RUBY J. KRAJICK**

                                                              Clerk of Court

                                      **BY:**

                                                                 **Deputy Clerk**