**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JVM HOLDINGS LLC,

                Plaintiff,                        22 **CIVIL** 6098 (VSB)(RWL)

         -against-                        **CORRECTED JUDGMENT**

iAERO GROUP HOLDCO 3 LLC.

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 6, 2023, the Court adopts the Report & Recommendation in its entirety. Judgment entered per the terms stated in the Report awarding Plaintiff: (1) $840,000 in damages; plus (2) pre-judgment interest through December 31, 2022 totaling $91,138.58; plus (3) pre-judgment interest of $272.87 per day starting January 1, 2023 until entry of judgment equaling 165 days, totaling $45, 023.55; amounting in all to $976,162.13; accordingly, the case is closed.

**Dated:** New York, New York
           June 7, 2023

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**

              **BY:**

                                                **Deputy Clerk**